FILED
CLERK, U.S. DISTRICT COURT

MAR 30 2012

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Franklin Molina DEFENDANT(S). | CASE NUMBER ED 12 MJ 118-1 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __4-4-12__, ____, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable OSWALD PARADA, in Courtroom 3.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __3-30-12__

U.S. District Judge/Magistrate Judge